UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| PAMELA B., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 1:21-CV-087-H-BU |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### FINDINGS, CONCLUSIONS, AND RECOMMENDATION

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on July 21, 2022. Dkt. No. 23. Judge Parker recommended that the Court affirm the decision of the Commissioner of Social Security. *Id.* at 10. No objections to the FCR were filed. The Court has therefore reviewed the proposed FCR for plain error. Finding none, the Court accepts the FCR of the United States Magistrate Judge. The decision of the Commissioner of Social Security is affirmed. The plaintiff's complaint is dismissed with prejudice.

So ordered on August 8, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE